```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

    v.                    CASE NO. 07cr-20056

ANTHONY C. GLENN                                      DEFENDANT

## O R D E R

On this 2nd day of February 2011, there comes on for consideration the report and recommendation filed in this case on January 7, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 34). Also before the Court are Defendant's objections (Doc. 35).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion for a sentence reduction (doc. 31) is DENIED WITHOUT PREJUDICE to his right to re-file such motion should Congress act to make the Fairness in Sentencing Act of 2010 retroactive.

IT IS SO ORDERED.

```
                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge
```

AO72A
(Rev. 8/82)